

**ORDERED in the Southern District of Florida on December 16, 2013.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  CASE NO.: 12-31348-BKC-RAM
                                                                        Chapter 7
**NERLINE ETIENNE**
SSN: XXX-XX-0177
_____Debtor._____/

### ORDER OVERRULING DEBTOR'S OBJECTIONS TO CLAIMS OF PPTS A CORP [#4-1], TIF-1 MUNDI DEBT, LLC [#5-1], SPRINT [#7-1 AND 8-1], JNR ADJUSTME [#9-1], NCO FIN/99 [#10-1] AND SALUTE [#11-1]

**THIS CAUSE** having come before the Court on December 12, 2013 at 10:30 a.m. upon Debtor's Objections to Claims of PPTS A CORP [#4-1], TIF-1 Mundi Debt, LLC [#5-1], Sprint [#7-1 and 8-1], JNR Adjustme [#9-1], Nco Fin/99 [#10-1], and Salute [#11-1] [ECF Nos. 70 & 72] (the "Objections"), and the Court, having reviewed the Objections and the aforementioned claims (the "Claims"); having heard argument of Trustee's counsel and Debtor's counsel; having noted that: (a) this matter was originally a "no asset case," and (b) pursuant to Bankruptcy Rule 3002(c)(5), the Notice of Assets was filed on June 11, 2013 [ECF No. 61], which established a claims bar date of

September 12, 2013; having determined that the Claims were timely filed by the Trustee, on October 10, 2013, in accordance with Bankruptcy Rule 3004; and based on the record, it is

    **ORDERED** as follows:

    1.    The Objections are overruled.

### ###

Submitted by:
Joel L. Tabas, Esq.
Tabas, Freedman & Soloff, P.A.
Attorneys for Trustee, Marcia T. Dunn
One Flagler Building
14 N.E. First Avenue, Penthouse
Miami, FL 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
joel@tabasfreedman.com


Copy furnished to:
Joel L. Tabas, Esq.
Joel L. Tabas, Esq. shall serve copies of this Order on all interested parties and file a certificate of service.